### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE October 20, 2020  5:30 pm |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

To: TOWNSHIP OF TEANECK

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA, DEPUTY CLERK

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/2020
Date

Signature of Server

Address of Server: 181 Glenwood Ave Leonia New Jersey 07605

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/20/2020    5:30pm |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

TO: DAN MELFI

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA DEPUTY CLERK, TEANECK

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020

Signature of Server [signature]

Address of Server: 181 Glenwood Ave, LEONIA, NJ 07605

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 20, 2020 5:30pm |
| NAME OF SERVER (PRINT) Michael Phelan | TITLE Process Serving Agent |

Check one box below to indicate appropriate method of service

To: Teaneck, NJ Zoning Board of Adjustments

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Kristin Denorchia, Deputy Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
Date

Signature of Server

Address of Server: 181 Glenwood Ave Leonia NJ 07605

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/20/2020  5:30 PM |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

TO: ATIF REHMAN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA TEANECK DEPUTY CLERK

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
Date

Signature of Server

Address of Server: 181 Glenwood Ave Leonia NJ 07605

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/20/2020  5:30 PM |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

To: EDWARD MULLIGAN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Kristin Denorchia, Teaneck Deputy Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
         Date                Signature of Server

Address of Server: 181 Glenwood Ave Leonia NJ 07605

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/20/2020   5:30 AM |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

To: Jerry L. Barta

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA Teaneck Deputy Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
              Date

Signature of Server

181 Glenwood Ave Leonia NJ 07605
Address of Server

# RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: 10/20/2020  5:30PM

NAME OF SERVER (PRINT): MICHAEL PHELAN
TITLE: PROCESS SERVING AGENT

Check one box below to indicate appropriate method of service

To: JENNIFER PRINCE

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA TEANECK DEPUTY CLERK

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
Date

Signature of Server

181 Glenwood Ave Leonia NJ 07605
Address of Server

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | 10/20/2020 | 5:30 PM |
| NAME OF SERVER (PRINT) Michael Phelan | TITLE Process Serving Agent | |

Check one box below to indicate appropriate method of service

TO: MONICA HONIS

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DEMORCHIA TEANECK DEPUTY CLERK

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020

Signature of Server

181 Glenwood Ave Leonia NJ 07605
Address of Server

# RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: 10/20/2020  5:30 pm

NAME OF SERVER (PRINT): MICHAEL PHELAN
TITLE: PROCESS SERVING AGENT

Check one box below to indicate appropriate method of service

TO: DANIEL NETRIN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA TEANECK DEPUTY CLERK

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
Date

Signature of Server

Address of Server: 181 Glenwood Ave Leonia NJ 07605

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 10/20/2020  5:30 PM |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

TO: HARVEY ROSEN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA, Deputy Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/2020
Date

Signature of Server

181 Glenwood Ave Leonia NJ 07605
Address of Server

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 10/20/2020 5:30pm |
|---|---|
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

TO: MARK MERMELSTEIN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENORCHIA DEPUTY CLERK, TEANECK

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
Date

Signature of Server

181 Glenwood Ave Leonia NJ 07605
Address of Server

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 10/20/2020  5:30pm |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT |

Check one box below to indicate appropriate method of service

TO: ZEV GREEN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: KRISTIN DENONCHIA TEANECK NJ Deputy Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/2020
Date

Signature of Server [signed: Michael Phelan]

Address of Server: 181 Glenwood Ave Leonia NJ 07605

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/20/2020 | 5:30 pm |
| NAME OF SERVER (PRINT) MICHAEL PHELAN | TITLE PROCESS SERVING AGENT | |

Check one box below to indicate appropriate method of service

To: JAMES BROWN

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Kristin Denorchie Deputy Township Clerk, Teaneck

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020
          Date

Signature of Server

181 Glenwood Ave Leonia NJ 07605
Address of Server

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/20/2020  5:30 PM |
| NAME OF SERVER (PRINT) Michael Phelan | TITLE Process Serving Agent |

Check one box below to indicate appropriate method of service

To: John and James Does #1-20

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Kristin Denorchia Deputy Clerk, Teaneck

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/2020

Signature of Server [signed]

Address of Server: 181 Glenwood Ave Leonia NJ 07605