# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel: 212.391.8500　　　　Fax: 212.391.8508　　　　www.Aboushi.com

March 29, 2022

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 8
Newark, NJ 07102

Via: ECF

　　　　　　Re:　Al Ummah Community Center et al. v. Teaneck et al.,
　　　　　　　　Civ. No.: 20-cv-14181 (KM)(ESK)

Dear Judge Kiel,

　　I hope this correspondence finds you well. I represent the Plaintiffs and write in regards to the pending motions to dismiss. Today Plaintiffs filed an Amended Complaint that addresses many of the issues raised in the pending motions. As such, the motions are moot. Furthermore, the pending motions no longer address the operative pleading. In light of the filing of the Amended Complaint, the Plaintiffs respectfully request that the Court terminate the pending motions without prejudice to the Defendants to refiling a new motion or responsive pleading to the Amended Complaint. We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　s/Aymen A. Aboushi
　　　　　　　　　　　　　　　　　　　　　Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF