# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500            Fax: 212.391.8508            www.Aboushi.com

April 5, 2022

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 8
Newark, NJ 07102

Via:  ECF

           Re:     <u>Al Ummah Community Center et al. v. Teaneck et al.</u>,
                  Civ. No.: 20-cv-14181 (KM)(ESK)

Dear Judge Kiel,

    I hope this correspondence finds you well. Pursuant to Your Honor's March 30, 2022 Order, please find attached a form of the amended complaint that indicates in what respects it differs from the original complaint.

                                                    Respectfully submitted,
                                                    <u>s/Aymen A. Aboushi</u>
                                                    Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF