**17-74**
**THOMAS B. HANRAHAN, ESQ. - 017281979**
**HANRAHAN PACK, LLC**
80 Grand Avenue, Suite No. 2
River Edge, NJ 07661
(201) 525-1011
thanrahan@hanrahanpacklaw.com
*Attorneys for Defendants the Township of Teaneck, Dan Melfi, and Adam Myszka*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff(s)*<br>AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, a New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION INC., a New Jersey Non-Profit Corporation<br><br>vs.<br><br>*Defendant(s)*<br>TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, ATIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, ADAM MYSZKA, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities | *Document Filed Electronically*<br><br>Honorable Kevin McNulty, U.S.D.J.<br><br>CIVIL ACTION NO. 2:20-cv-14181 (KM/ESK)<br><br><br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT, PURSUANT TO RULES 12(b)(1) AND 12(b)(6)** |

TO:    **AYMEN A. ABOUSHI, ESQ.**
        THE ABOUSHI LAW FIRM, PLLC
        1441 Broadway, 5th Floor
        New York, New York 10018

        **JOEL SIDNEY SILBERMAN, ESQ.**
        26 Journal Square, Suite 300
        Jersey City, New Jersey 07306
        *Attorneys for Plaintiffs*

**ON NOTICE TO:**    **MARTIN R. KAFAFIAN, ESQ.**
                              **DANIEL L. STEINHAGEN, ESQ.**
                              BEATTIE PADOVANO LLC
                              200 Market Street, Suite 401
                              Montvale, NJ 07645
                              *Attorneys for Defendant Teaneck Zoning Board of Adjustment*

                              **MARK R. PECK, ESQ.**
                              **ERIC D. LEE, ESQ.**
                              FLORIO PERRUCCI STEINHARDT CAPPELLI TIPTON AND TAYLOR, LLC
                              430 Mountain Avenue, Suite 103
                              New Providence, New Jersey 07974
                              *Attorneys for Defendants Zoning Board of Adjustment Members (other than Rehman)*

                              **THOMAS H. HERNDON, ESQ.**
                              **AJOE P. ABRAHAM, ESQ.**
                              SCARINCI HOLLENBECK
                              1100 Valley Brook Avenue
                              PO Box 790
                              Lyndhurst, New Jersey 07071
                              *Attorneys for Defendant Atif Rehman*

        **PLEASE TAKE NOTICE** that on ***June 6, 2022 at 9:00 o'clock*** in the morning or as soon thereafter as counsel may be heard at the United States District Court in Newark, New Jersey the undersigned attorneys for Defendants the Township of Teaneck, Dan Melfi,

and Adam Myszka shall make application to the United States District Court, District of New Jersey for an Order dismissing Plaintiffs' Amended Complaint in its entirety and <u>with</u> prejudice in favor of these Defendants, pursuant to <u>F.R.C.P</u>. 12(b)(1) and 12 (b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the within application the undersigned shall rely upon the attached Brief submitted on behalf of these Defendants, together with the Certification of Counsel and Proof of Service and a proposed form of Order. <u>Oral argument is hereby requested.</u>

                                          **HANRAHAN PACK, LLC**
                                          *Attorneys for Defendants the Township of*
                                              *Teaneck, Dan Melfi, and Adam Myszka*

Dated: May 13, 2022                                       **THOMAS B. HANRAHAN, ESQ.**