**17-74**
**THOMAS B. HANRAHAN, ESQ. - 017281979**
**HANRAHAN PACK, LLC**
80 Grand Avenue, Suite No. 2
River Edge, NJ 07661
(201) 525-1011
thanrahan@hanrahanpacklaw.com
*Attorneys for Defendants the Township of Teaneck, Dan Melfi, and Adam Myzksa*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Plaintiff(s)**<br>AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, a New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION INC., a New Jersey Non-Profit Corporation<br><br>vs.<br><br>**Defendant(s)**<br>TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, ATIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, ADAM MYSZKA, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities | *Document Filed Electronically*<br><br>Honorable Kevin McNulty, U.S.D.J.<br><br>CIVIL ACTION NO. 2:20-cv-14181 (KM/ESK)<br><br><br><br>**PROOF OF SERVICE** |

I, JACLYN D'ALESSANDRO, of full age and being duly sworn to upon my oath, do hereby certify as follows:

1. I am secretary to Thomas B. Hanrahan, Esq., an attorney-at-law of the State of New Jersey and admitted to practice before the United States District Court, District of New Jersey, and the owner of the law firm of HANRAHAN PACK, LLC.

2. On *May 13, 2022* I have caused to be electronically filed Defendants the Township of Teaneck, Dan Melfi, and Adam Myszka's Motion to Dismiss Plaintiffs' Amended Complaint, pursuant to F.R.C.P. 12(b)(1) and 12(b)(6), together with all supporting documents, with the Clerk of the United States District Court, District of New Jersey, with a courtesy copy to *the Chambers of the Honorable Kevin J. McNulty, U.S.D.J. at the United States Courthouse, District of New Jersey, Frank R. Lautenberg U.S. Post Office and Courthouse, 2 Federal Square, PO 04, Newark, New Jersey 07102.*

**3.** On *May 13, 2022* I have also caused to be electronically served a copy of Defendants the Township of Teaneck, Dan Melfi, and Adam Myszka's Motion to Dismiss Plaintiffs' Amended Complaint and Brief, with all moving papers and supporting documents, upon both counsel for Plaintiffs.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

_____
JACLYN D'ALESSANDRO

Dated: May 13, 2022