17-74
**THOMAS B. HANRAHAN, ESQ. - 017281979**
**HANRAHAN PACK, LLC**
80 Grand Avenue, Suite No. 2
River Edge, NJ 07661
(201) 525-1011
thanrahan@hanrahanpacklaw.com
*Attorneys for Defendants the Township of Teaneck, Dan Melfi, and Adam Myszka*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| *Plaintiff(s)* <br> AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, a New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION INC., a New Jersey Non-Profit Corporation <br><br> vs. <br><br> *Defendant(s)* <br> TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, ATIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, ADAM MYSZKA, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities | *Document Filed Electronically* <br><br> Honorable Kevin McNulty, U.S.D.J. <br><br> CIVIL ACTION NO. 2:20-cv-14181 (KM/ESK) <br><br><br> **ORDER DISMISSING PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE IN FAVOR OF DEFENDANTS TOWNSHIP OF TEANECK, DAN MELFI, AND ADAM MYSZKA, PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6)** |

**THIS MATTER** having come before the Court (the Honorable Kevin J. McNulty, U.S.D.J.) upon the application of HANRAHAN PACK, LLC (Thomas B. Hanrahan, Esq. appearing) as attorneys for Defendants the Township of Teaneck, Dan Melfi, and Adam Myszka for an Order dismissing Plaintiffs' Amended Complaint in its entirety and <u>with</u> prejudice in favor of these Defendants, pursuant to <u>F.R.C.P.</u> 12(b)(1) and 12(b)(6); and counsel for Plaintiffs (Aymen A. Aboushi, Esq. and Joel Sidney Silberman, Esq. appearing) appearing in opposition thereto; and the Court having considered the matter and the moving papers of all parties and the argument of counsel (if oral argument occurs); and good cause appearing therefor:

**IT IS ON THIS** _____ day of **JUNE 2022**:

**ORDERED** that Defendants the Township of Teaneck, Dan Melfi, and Adam Myszka's Motion to Dismiss pursuant to <u>F.R.C.P.</u> 12(b)(1) and 12(b)(6) be, and is hereby GRANTED, dismissing Plaintiffs' Amended Complaint <u>with</u> prejudice and in its entirety against Defendants the Township of Teaneck, Dan Melfi, and Adam Myzka; and

**IT IS FURTHER ORDERED** that a copy of this Order be deemed to be served upon all parties of record when filed on the CM/ECF Docket.

_____
HONORABLE KEVIN J. MCNULTY, U.S.D.J.

Opposition papers filed   ( )Yes     ( )No