UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, a New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION INC., a New Jersey Non-Profit Corporation,<br><br>Plaintiffs,<br>v.<br><br>TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, ATIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities,<br><br>Defendants. | Case No. 2:20-CV-14181<br><br><br><br><br><br>**NOTICE OF MOTION TO WITHDRAW APPEARANCE AS COUNSEL TO THE TEANECK ZONING BOARD <u>OF ADJUSTMENT</u>** |

PLEASE TAKE NOTICE that pursuant to L.Civ.R. 102.1, the law firm of Beattie Padovano LLC, which is counsel in this action for the Defendants Teaneck Zoning Board of Adjustment, on August 15, 2022 shall move before the Hon. Edward S. Kiel, U.S.M.J., to withdraw their appearance on behalf of the Teaneck Zoning Board of Adjustment

Oral argument of this motion is NOT requested.

4160022_1\200760

                                        **BEATTIE PADOVANO, LLC**
                                        Attorneys for Defendants Teaneck Zoning
                                        Board of Adjustment

                        By:     /s/ Martin R. Kafafian
                                        Martin R. Kafafian
                                        200 Market Street, Suite 401
                                        Montvale, New Jersey 07645
                                        (201) 799-2102

Date:  July 22, 2021

TO:

| | |
|---|---|
| Joel Sidney Silberman, Esq.<br>26 Journal Square, Suite 300<br>Jersey City, New Jersey 07306<br>(201) 420-1913<br>          and<br>Aymen A. Aboushi, Esq.<br>1441 Broadway, 5th Floor<br>New York, New York  10018<br>(212) 391-8500<br><br>Attorneys for Plaintiffs<br>Al Ummah Community Center a/k/a AUCC<br>Family, Education and Faith Center<br>and Ray of Sunshine Foundation, Inc. | Thomas B. Hanrahan, Esq.<br>Hanrahan Pack, LLC<br>Attorneys for Defendant [Township of] Teaneck and Dan Melfi<br>80 Grand Avenue, Suite #2<br>River Edge, New Jersey 07661<br>(201) 525-1011 |
| Mark Renart Peck, Esq.<br>Eric Desmond Lee Esq.<br>Florio Perrucci Steinhardt Cappelli Tipton & Taylor, LLC<br>235 Broubalow way<br>Phillipsburg, NJ 08865<br>908-454-8300 | Thomas Hunter Herndon, Esq.<br>Ajoe Abraham, Esq.<br>Scarinci Hollenbeck<br>589 8th Avenue<br>16th Floor<br>New York, NY 10018<br>516-459-5146 |