

MARTIN W. KAFAFIAN (NJ, NY, DC BARS)
ADOLPH A. ROMEI (NJ, NY BARS)
JOHN J. LAMB (NJ BAR)
ANTIMO A. DEL VECCHIO (NJ, NY, DC BARS)
ROBERT A. BLASS (NJ, NY BARS)
ARTHUR N. CHAGARIS (NJ BAR)
STEVEN A. WEISFELD (NJ, NY BARS)
IRA E. WEINER (NJ BAR)
RENATA A. HELSTOSKI (NJ, NY BARS)
MICHAEL STERNLIEB (NJ BAR)
DANIELE CERVINO (NJ, NY BARS)
ARTHUR M. NEISS (NJ, NY BARS)
DANIEL L. STEINHAGEN (NJ, NY BARS)
MARTIN R. KAFAFIAN (NJ, NY BARS)

OF COUNSEL
ROGER W. BRESLIN, JR. (NJ BAR)
THOMAS W. DUNN (NJ BAR)
DANA B. COBB (NJ, NY BARS)
IRA J. KALTMAN (NJ, NY BARS)
MARY ELLEN B. OFFER (NJ, NY BARS)
EMERY C. DUELL (NJ, NY BARS)
JOSEPH A. RIZZI (NJ BAR)
PATRICK J. MONAGHAN, JR. (NJ, NY BARS)

COUNSELLORS AT LAW
200 MARKET STREET, SUITE 401
MONTVALE, NEW JERSEY 07645

(201) 573-1810

www.beattielaw.com

NEW YORK OFFICE:
99 MAIN STREET, SUITE 319
NYACK, NEW YORK 10960
(845) 512-8584

COUNSEL TO THE FIRM
BRENDA J. STEWART (NJ BAR)
JAMES V. ZARRILLO (NJ, NY BARS)
JEANETTE A. ODYNSKI (NJ, NY BARS)
CRISTIN M. KEEGAN (NJ, NY BARS)
MARIYA GONOR (NJ, NY BARS)

IAN M. EASTWICK (NJ, NY BARS)
KIMBERLEY A. BRUNNER (NJ, NY BARS)
JOSEPH A. DIPISA III (NJ, NY BARS)
JASON A. CHERCHIA (NJ, NY BARS)

RALPH J. PADOVANO (1935-2016)
JAMES R. BEATTIE (1935-2021)

Reply to New Jersey Office
Writer's Direct Access
Email:  mrk@beattielaw.com
Direct Dial and Fax:  (201) 799-2102

July 25, 2022

*Via ECF*
The Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square, Courtroom 8
Newark, New Jersey 07102

      Re:    *Al Ummah Community Center., v. Teaneck, et al.*, **Case No. 2:20-cv-14181 (KM)(ESK)**

Dear Judge Kiel:

This firm represents defendant the Teaneck Zoning Board of Adjustment (the "Zoning Board"). On Friday, July 22, 2022, this firm filed a Motion to Withdraw as counsel for the Teaneck Zoning Board of Adjustment. *See* ECF No. 109.

The Zoning Board has filed a Motion to Dismiss. *See* ECF No. 73. By Order dated May 17, 2022, the Zoning Board's Reply Brief is due on July 25, 2022. *See* ECF No. 100. We respectfully request that the Zoning Board's deadline to file its reply brief with respect to the pending Motion to Dismiss be held in abeyance pending the outcome of the Motion to Withdraw.

                        Respectfully submitted,

                        */s/ Martin R. Kafafian*
                        Martin R. Kafafian

Cc:    Counsel of Record (*via ECF only*)