# EXHIBIT Q

{00890337.DOC v.1}

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, | Civil Action No.: |
| | 2:20-cv-14181 |
| Plaintiffs, | |
| v. | Honorable Kevin McNulty, U.S.D.J. |
| TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, | **CERTIFICATION OF DANIEL WETRIN, MEMBER TEANECK ZONING BOARD** |
| Defendants. | |

I, DANIEL WETRIN, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I have no knowledge of any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I have no knowledge of a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated: 7/26/22

_____
DANIEL WETRIN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, | Civil Action No.: |
| | 2:20-cv-14181 |
| Plaintiffs, | |
| v. | Honorable Kevin McNulty, U.S.D.J. |
| TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, | **CERTIFICATION OF MARK MERMELSTEIN, MEMBER TEANECK ZONING BOARD** |
| Defendants. | |

I, MARK MERMELSTEIN, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I have no knowledge of any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I have no knowledge of a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated: July, 27 2022

MARK MERMELSTEIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, : : : : : | Civil Action No.: 2:20-cv-14181 |
| Plaintiffs, : v. : | Honorable Kevin McNulty, U.S.D.J. |
| TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, : : : : : : : : | **CERTIFICATION OF MONICA HONIS, MEMBER TEANECK ZONING BOARD** |
| Defendants. : | |

I, MONICA HONIS, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I have no knowledge of any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I have no knowledge of any statements by a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated:

_____
MONICA HONIS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities,<br><br>Defendants. | Civil Action No.:<br><br>2:20-cv-14181<br><br>Honorable Kevin McNulty, U.S.D.J.<br><br>**CERTIFICATION OF JENNIFER PRINCE, MEMBER TEANECK ZONING BOARD** |

I, JENNIFER PRINCE, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I have no knowledge of any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I have no knowledge of any a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated:					_____
						JENNIFER PRINCE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, <br><br> Defendants. | Civil Action No.: <br><br> 2:20-cv-14181 <br><br> Honorable Kevin McNulty, U.S.D.J. <br><br> CERTIFICATION OF JAMES BROWN, MEMBER TEANECK ZONING BOARD |

I, JAMES BROWN, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) Camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I have no knowledge of any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I have no knowledge of a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated: 7/22/22

_____
JAMES BROWN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, <br><br> Defendants. | Civil Action No.: <br><br> 2:20-cv-14181 <br><br> Honorable Kevin McNulty, U.S.D.J. <br><br> **CERTIFICATION OF JERRY BARTA, MEMBER TEANECK ZONING BOARD** |

I, JERRY BARTA, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I do not recall any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I do not recall a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated: 7/22/22

_____
JERRY BARTA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, <br><br> Defendants. | Civil Action No.: <br><br> 2:20-cv-14181 <br><br> Honorable Kevin McNulty, U.S.D.J. <br><br> **CERTIFICATION OF ZEV GREEN, MEMBER TEANECK ZONING BOARD** |

I, ZEV GREEN, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I have no knowledge of any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I have no knowledge of any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I have no knowledge of any statements by a zoning board member stating, "would you trust these people with your children."

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated:

ZEV GREEN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, <br><br> Defendants. | Civil Action No.: <br><br> 2:20-cv-14181 <br><br> Honorable Kevin McNulty, U.S.D.J. <br><br> **CERTIFICATION OF HARVEY ROSEN, MEMBER TEANECK ZONING BOARD** |

I, HARVEY ROSEN, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I do not recall any statements by a zoning board member regarding camels with respect to this lawsuit.

4. I do not recall any statements by a zoning board member referring to Plaintiffs' application as a sham.

5. I do not recall a zoning board member stating, "would you trust these people with your children."

6. I do not recall any discussions with Atif Rehman about the zoning board's alleged RLUIPA liability.

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated: 7/21/2022

HARVEY ROSEN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, A New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation, | : : : : : | Civil Action No.: |
| | : | 2:20-cv-14181 |
| Plaintiffs, | : | |
| v. | : | Honorable Kevin McNulty, U.S.D.J. |
| TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, AFIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities, | : : : : : : : : | **CERTIFICATION OF EDWARD MULLIGAN, MEMBER TEANECK ZONING BOARD** |
| Defendants. | : | |

I, EDWARD MULLIGAN, hereby declare as follows:

1. I am a zoning board member with the Teaneck Zoning Board of Adjustment.

2. I understand there are allegations that a zoning board member made a comment regarding: (a) camels; (b) "would you trust these people with your children?" and (c) approval of the daycare is a scam.

3. I do not recall making any statements to a zoning board member regarding the use of camels with respect to Plaintiffs' application.

4. I do not recall making any statements to a zoning board member referring to Plaintiffs' application as a sham.

5. I do not recall stating, "would you trust these people with your children" to any zoning board member.

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I may be subject to punishment.

Dated: 7-23-2022

EDWARD MULLIGAN