

MARTIN W. KAFAFIAN (NJ, NY, DC BARS)
ADOLPH A. ROMEI (NJ, NY BARS)
JOHN J. LAMB (NJ BAR)
ANTIMO A. DEL VECCHIO (NJ, NY, DC BARS)
ROBERT A. BLASS (NJ, NY BARS)
ARTHUR N. CHAGARIS (NJ BAR)
STEVEN A. WEISFELD (NJ, NY BARS)
IRA E. WEINER (NJ BAR)
RENATA A. HELSTOSKI (NJ, NY BARS)
MICHAEL STERNLIEB (NJ BAR)
DANIELE CERVINO (NJ, NY BARS)
ARTHUR M. NEISS (NJ, NY BARS)
DANIEL L. STEINHAGEN (NJ, NY BARS)
MARTIN R. KAFAFIAN (NJ, NY BARS)

OF COUNSEL
ROGER W. BRESLIN, JR. (NJ BAR)
THOMAS W. DUNN (NJ BAR)
DANA B. COBB (NJ, NY BARS)
IRA J. KALTMAN (NJ, NY BARS)
MARY ELLEN B. OFFER (NJ, NY BARS)
EMERY C. DUELL (NJ, NY BARS)
JOSEPH A. RIZZI (NJ BAR)
PATRICK J. MONAGHAN, JR. (NJ, NY BARS)

COUNSELLORS AT LAW
200 MARKET STREET, SUITE 401
MONTVALE, NEW JERSEY 07645

(201) 573-1810

www.beattielaw.com

NEW YORK OFFICE:
99 MAIN STREET, SUITE 319
NYACK, NEW YORK 10960
(845) 512-8584

COUNSEL TO THE FIRM
BRENDA J. STEWART (NJ BAR)
JAMES V. ZARRILLO (NJ, NY BARS)
JEANETTE A. ODYNSKI (NJ, NY BARS)
CRISTIN M. KEEGAN (NJ, NY BARS)
MARIYA GONOR (NJ, NY, PA BARS)

IAN M. EASTWICK (NJ, NY BARS)
KIMBERLEY A. BRUNNER (NJ, NY BARS)
JOSEPH A. DIPISA III (NJ, NY BARS)
JASON A. CHERCHIA (NJ, NY BARS)

RALPH J. PADOVANO (1935-2016)
JAMES R. BEATTIE (1935-2021)

Reply to New Jersey Office
Writer's Direct Access
Email: mrk@beattielaw.com
Direct Dial and Fax: 201-799-2102

August 9, 2022

**VIA ECF ONLY**
Hon. Edward S. Kiel, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 451
2 Federal Square
Newark, NJ 07102

    Re:    **AL UMMAH COMMUNITY CENTER et al v. TEANECK et al**
            **2:20-cv-14181-KM-ESK**

Dear Judge Kiel:

    As you know, we are counsel to the Defendant Township of Teaneck Zoning Board of Adjustment and have filed a motion to withdraw, which is to be considered on September 21, 2022. In response to the Court's request, we have contacted counsel for the other parties to determine whether there were any objections to Beattie Padovano's withdrawal. I write to advise the Court that no objections to the withdrawal were posed by any of the other parties.

                              Respectfully submitted,

                              **BEATTIE PADOVANO, LLC**
                              Attorneys for Defendant Township of Teaneck
                              Zoning Board of Adjustment

                By:    */ s / Martin R. Kafafian*
                            Martin R. Kafafian, Esq.

Cc:    Counsel of Record (*via ECF only*)

*Fifty-Two Years of Service*

4348828_1\200760