UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, a New Jersey Non-Profit Corporation, RAY OF SUNSHINE FOUNDATION, INC., a New Jersey Non-Profit Corporation,<br><br>                     Plaintiffs,<br><br>v.<br><br>TEANECK, TEANECK ZONING BOARD OF ADJUSTMENT, and its Members, HARVEY ROSEN, DANIEL WETRIN, MONICA HONIS, JENNIFER PRINCE, JERRY L. BARTA, EDWARD MULLIGAN, ATIF REHMAN, MARK MERMELSTEIN, ZEV GREEN, JAMES BROWN, in their individual and official capacities, DAN MELFI, individually and in his official capacity, ADAM MYSZKA, individually and in his official capacity, and JOHN AND JANE DOES 1-20, in their individual and official capacities,<br><br>                     Defendants. | Civ. No. 20-14181 (KM)(ESK)<br><br>ORDER |

    **THIS MATTER** having come before the Court on four separate motions to dismiss the amended complaint (DE 83) filed by defendants Teaneck, Dan Melfi, and Adam Myszka (DE 94); the Teaneck Zoning Board of Appeals (DE 95); Atif Rehman (DE 96); and the remaining named members of Teaneck Zoning Board of Appeals (DE 97); and the Court having considered the submissions of the parties (DE 103, 104, 105, 106, 111, 112, 113) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

1

2

**IT IS** this 15th day of November 2022,

**ORDERED** that the motions to dismiss (DE 94, 95, 96, 97) are **GRANTED** and the amended complaint is dismissed without prejudice on the basis of the need to file a second amended complaint to clarify which allegations and claims are asserted against which defendants. The claims for injunctive relief are dismissed without prejudice on jurisdictional grounds.

/s/ Kevin McNulty
_____
**KEVIN MCNULTY**
**United States District Judge**