William B. Savo 4
Charles Z. Schalk 3,4
Christopher M. Corsini 1
Steven K. Warner 1
Ellen M. Gillespie
Michael P. O'Grodnick 4
Alexander G. Fisher 1,4
Matthew R. Flynn

Kaitlyn J. Michko
Christopher Sobieski

John F. Bracaglia, Jr.

THE LAW OFFICES OF
**SAVO SCHALK**
CORSINI, WARNER, GILLESPIE, O'GRODNICK & FISHER, P.A.

56 East Main Street, Suite 301
Somerville, New Jersey 08876

(908) 526-0707
Fax (908) 725-8483

www.centraljerseylaw.com

Michael G. Friedman 2
Edward A. Halpern
Henry E. Rzemieniewski

George A. Mauro, Jr. (1933-2006)
Alan Bart Grant (1948-2015)

1. Also NY Bar
2. Also ME Bar
3. Cert. Civil Trial Atty
4. U.S. Supreme Court

January 26, 2022

**ORDER**

**VIA ELECTRONIC FILING**

The Honorable Kevin McNulty, U.S.D.J.
District Court of New Jersey
U.S. Courthouse, 50 Walnut Street,
Newark, N.J. 07102

Re: **Al Ummah Community Center et. al. v. Teaneck et. al.**
**Docket: 2:20-cv-14181-KM-ESK**

Dear Judge McNulty,

This office represents Jan Meyer in his capacity as Chairman of the Zoning Board of Adjustment for the Township of Teaneck in connection with the above-captioned matter.

Your Honor previously entered an order extending the time for our client to file a responsive pleading to January 31, 2023. Due to the magnitude of the discovery and background material, we respectfully request an additional seven-day extension to February 7, 2023, to file a responsive pleading. Plaintiffs' counsel has courteously agreed to such an extension.

Considering the effects on the briefing schedule, we have discussed a revised schedule with Plaintiffs' counsel and ask that the Court so order the following briefing schedule:

> Answers/Motions to the Second Amended Complaint due by **February 7, 2023**
> Opposition to all motions due by **March 24, 2023**
> Replies due by **April 7, 2023**

We thank Your Honor for your consideration of this matter.

Respectfully,

Alexander G. Fisher

**So Ordered.**

  _/s/ Edward S. Kiel_
**Edward S. Kiel, U.S.M.J.**
**Date: January 27, 2023**