IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCTION AND FAITH CENTER, a New Jersey Non-Profit Corporation; RAY OF SUNSHINE FOUNDATION INC., a New Jersey Non-Profit Corporation,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>TEANECK; TEANECK ZONING BOARD OF ADJUSTMENT; and its Members, JAN MEYER; HARVEY ROSEN; DANIEL WETRIN; MONICA HONIS; JENNIFER PRINCE; JERRY L. BARTA; EDWARD MULLIGAN; ATIF REHMAN; MARK MERMELSTEIN; ZEV GREEN; JAMES BROWN, in their individual and official capacities; DAN MELFI, individually and in his official capacity; ADAM MYSZKA, individually and in his official capacity; and JOHN AND JANE DOES 1-20, in their individual and official capacities,<br><br>　　　　　Defendants. | Docket: 2:20-cv-14181-KM-ESK<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER F.R.C.P 12(B)(1) AND 12(B)(6)** |

**TO:**　　Aymen A. Aboushi, Esq.
　　　　　The Aboushi Law Firm, PLLC
　　　　　1441 Broadway, 5th Floor
　　　　　New York, NY 10018
　　　　　Aymen@aboushi.com
　　　　　Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on April 3, 2023, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Jan Mayer, shall move before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court, Martin Luther King Federal Building, Newark, New Jersey 07101, for an entry of an Order granting their Motion to Dismiss Plaintiffs' Second Amended Complaint with prejudice, as against Defendant Meyer, in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, the defendant Jan Meyer shall rely on the Brief submitted herewith, as well as the Certifications and Exhibits submitted by Mark R. Peck, Esq., Ajoe P. Abraham, Esq., Thomas B. Hanrahan, Esq., and Graham K. Stratton, Esq., in support of their respective Motions to Dismiss the Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that defendant Jan Meyer respectfully requests oral argument.

        SAVO, SCHALK, GILLESPIE,
        O'GRODNICK & FISHER, P.A.
        Attorneys for Plaintiff

            */s/ Alexander G. Fisher*
By: _____
        Alexander G. Fisher, Esq.

Dated: February 7, 2023

## CERTIFICATION OF SERVICE

I certify that on this 7th day of February 2023, the foregoing Notice of Motion and supporting documents were electronically filed and served upon counsel for all parties by notice of electronic filing (CM/ECF).

I certify that a courtesy copy of this Notice of Motion and supporting documents are being sent to the Chambers of the Honorable Kevin J. McNulty, U.S.D.J., at the United States Courthouse, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: */s/ Alexander G. Fisher*
_____
Alexander G. Fisher, Esq.