IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCTION AND FAITH CENTER, a New Jersey Non-Profit Corporation; RAY OF SUNSHINE FOUNDATION INC., a New Jersey Non-Profit Corporation,<br><br>    Plaintiff(s),<br><br>v.<br><br>TEANECK; TEANECK ZONING BOARD OF ADJUSTMENT; and its Members, JAN MEYER; HARVEY ROSEN; DANIEL WETRIN; MONICA HONIS; JENNIFER PRINCE; JERRY L. BARTA; EDWARD MULLIGAN; ATIF REHMAN; MARK MERMELSTEIN; ZEV GREEN; JAMES BROWN, in their individual and official capacities; DAN MELFI, individually and in his official capacity; ADAM MYSZKA, individually and in his official capacity; and JOHN AND JANE DOES 1-20, in their individual and official capacities,<br><br>    Defendants. | Docket: 2:20-cv-14181-KM-ESK<br><br>Civil Action<br><br>**ORDER DISMISSING PLAINTIFFS' SECOND AMENDED COMPLAINT WITH PREJUDICE AS TO DEFENDANT JAN MEYER** |

  **THIS MATTER,** having come before the Court (the Honorable Kevin J. McNulty, U.S.D.J.) upon the application of Savo, Schalk, Corsini, Warner, Gillespie, O'Grodnick & Fisher, P.A. (Alexander G. Fisher, Esq. appearing), as attorneys for defendant Jan Meyer, for an Order Dismissing Plaintiffs' Second Amended Complaint in its entirety and with Prejudice as to defendant Meyer, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and with the Court having

considered the matter and the moving papers of all parties and the argument of counsel (if such argument occurs); and for good cause appearing therefore:

**IT IS ON THIS** _____ day of _____, 2023:

**ORDERED** that Defendant, Jan Meyer's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) be, and is hereby **GRANTED**, dismissing Plaintiff's Second Amended Complaint with Prejudice and in its entirety against defendant Jan Meyer; and

**IT IS FURTHER ORDERED** that a copy of this Order be deemed to be served upon all parties of record when filed on the CM/ECF docket.

_____
HONORABLE KEVIN J. MCNULTY, U.S.D.J

Opposed     (\_\_)
Unopposed   (\_\_)