

Harry D. Norton, Jr.
Phone: 201.614.6352
hnorton@hallboothsmith.com

15 E. Midland Ave.
Suite 3A
Paramus, NJ 07652

Office: 201.614.6350
Fax: 201.730.6254
www.hallboothsmith.com

August 23, 2023

Joel Silberman, Esq. - Via email to: joel@joelsilbermanlaw.com

Aymen A. Aboushi, Esq. - Via email to: aymen@aboushi.com

Denis F. Driscoll, Esq. - Via email to: ddriscoll@jwwt.law

Mark R. Peck, Esq. - Via email to: mpeck@fpsflawfirm.com

Ajoe Abraham, Esq. - Via email to: aabraham@sh-law.com

Thomas B. Hanrahan, Esq. - Via email to: thanrahan@hanrahanpacklaw.com

Alexander G. Fisher, Esq. - Via email to: fisher@centraljerseylaw.com

Matthew R. Flynn, Esq. - Via email to: flynn@centraljerseylaw.com

Craig Novak, Esq. – Via email to: cnovak@floriolaw.com

    RE:    **Al Ummah Community Center vs. Teaneck, et al**
            **Civil Action No.:**  **2:20-cv-14181-KM-ESK**
            **Our File No.:**     **13711-0010-HDN**

Counsel:

    This will confirm that the Mediation with respect to the captioned matter will take place at our Paramus office on September 13, 2023. We will commence at 10:00 AM and it is expected that most if not all parties named in the litigation will be present. If there is to be an exception, I would ask that you kindly direct a confidential note to me so as a decision can be made as to allowing this person to appear remotely.

    This will also confirm that each party will submit a submission outlining their position on or before September 1, 2023. It is within your discretion how much information you wish to send it to me. For ease of reference, you can direct me to a particular document on PACER by just identifying the number of the PACER entry.

PARAMUS, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE

102984050.1

HALL BOOTH SMITH, P.C.

Page 2
_____

  I realize that all of you have been invested in this matter for a rather long period of time. I appreciate the fact that it may take more than one Mediation session to reach a result whether it be the resolution of the case or an understanding that the matter cannot be resolved through settlement/mediation. However, based upon the phone conference that we had; I fully appreciate the investment of all of the parties in attempting to resolve this case short of litigation.

            Very truly yours,

            ***/s/ Harry D. Norton, Jr.***

            Harry D. Norton, Jr.

HDN, Jr.:sbp  
Enclosure  
cc:  The Honorable Edward S. Kiel, U.S.M.J.

102984050.1