

|  |  |  |
|---|---|---|
|  | Harry D. Norton, Jr.<br>Phone: 201.614.6352<br>hnorton@hallboothsmith.com | 15 E. Midland Ave.<br>Suite 3A<br>Paramus, NJ 07652 |

Office: 201.614.6350
Fax: 201.730.6254
www.hallboothsmith.com

May 13, 2024

The Honorable Andre M. Espinosa, U.S.M.J.
United States District Court
Martin Luther King, Jr., Federal Building & Courthouse
50 Walnut Street
Newark, NJ  07102

Re:   Al Ummah Center, et al vs. Teaneck Board of Adjustment, et al
       Civil Action No.: 2:20-cv-14181-CCC-AME
       Our File No.:     13711.0010(HDN)

Dear Judge Espinosa:

As you are aware, I have been acting as the Mediator with respect to this matter.  Please note that after four (4) Mediation sessions, a great deal of progress was made to resolve the issues among the parties, but a settlement could not be consummated.  All parties were fully invested in the mediation process during all mediation sessions.  I am now returning this matter to the Court as no further mediation will be fruitful.

Very truly yours,

*/s/ Harry D. Norton, Jr.*

Harry D. Norton, Jr.

HDN, Jr.:sbp

PARAMUS, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE

10754929.1