# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500          Fax: 212.391.8508          www.Aboushi.com

May 15, 2024

Magistrate Judge Andre M. Espinosa
United States District Court, District of New Jersey
2 Federal Square
Newark, NJ 07102

Via:  ECF

         Re:     Al Ummah Community Center et al. v. Teaneck et al.,
                   Civ. No.: 20-cv-14181 (CCC)(AME)

Dear Judge Espinosa,

      I am writing on behalf of the parties to provide a status update. The parties engaged in several rounds of mediation with Mr. Harry Norton. The parties made significant progress in settlement discussions, but were not able to resolve the case. The parties believe a settlement conference with the Court may help bridge the final gap.

      In regards to the substance of the case, there are several motions to dismiss that have been held in abeyance pending the mediation. Additionally, due to recent events, Plaintiffs intend to file an amended complaint to add parties and claims. As to discovery, several depositions remain outstanding, as well as some paper discovery due from Defendants.  Plaintiff will also be seeking updated responses to documents produced by the Defendants in regards to recent events and as supplements to discovery that has been provided given the passage of time. The Plaintiffs will also be pursuing expert discovery, with the Defendants reserving the right to respond.

     We thank the Court for its attention to this matter.

                                                                      Respectfully submitted,
                                                                      s/Aymen A. Aboushi
                                                                      Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF