# HANRAHAN PACK, LLC

**Counsellors at Law**
**80 Grand Avenue, Suite No. 2**
**River Edge, New Jersey 07661-1914**
**(201) 525-1011/Telecopier (201) 525-1876**

**Thomas B. Hanrahan**
**David J. Pack +**                                              **+Also Admitted in New York**
_____
**Kathy A. Kennedy**

May 31, 2024

*Via CM/ECF*
Honorable Andre M. Espinosa, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 2037, Courtroom 2D
Newark, New Jersey 07102

>       **Re:     Al Ummah Community Center v. Township of Teaneck, et als.**
>                 **Civil Action No. 2:20-cv-14181 (KM/ESK)**
>                 **Our File No. 17-74**

Dear Magistrate Judge Espinosa:

Please accept the following as a Joint Status Letter pursuant to the Scheduling Order entered by Your Honor on May 24, 2024. The parties hereby confirm their availability to appear for a Settlement Conference before Your Honor on ***June 24, 2024 at 1:30 p.m***. (and not 9:45 a.m.); in attendance will be Mr. Aboushi and Mr. Silberman and Plaintiff Ray Hassan, the undersigned for the Teaneck Defendants, Mr. Driscoll and Mr. Orth on behalf of the Board, and the insurance adjuster for the Township. Counsel for the other individual Defendants who are not decision-makers or who did not attend the previous Mediation sessions will not be in attendance. Counsel for Plaintiffs and the undersigned have begun to engage in further settlement discussions. Finally, with respect to the *ex parte* settlement position letters to be submitted by the parties to Your Honor, the parties request that Your Honor allow same to be submitted no later than ***June 17, 2024***.

We thank Your Honor for your attention to this matter.

Very truly yours,

*Thomas B. Hanrahan*

THOMAS B. HANRAHAN
thanrahan@hanrahanpacklaw.com

TBH/jad
cc:     All Counsel for Record via ECF