## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY, EDUCATION AND FAITH CENTER, et al., | Civil Action No. 20-14181-CCC-AME |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| TEANECK ZONING BOARD OF ADJUSTMENT, et al., | |
| Defendants. | |

The parties having requested that the Court hold a settlement conference in this matter on June 24, 2024, at 1:30 p.m. [D.E. 182]; and for good cause shown,

**IT IS** on this 3rd day of June, 2024,

**ORDERED** that the Court will hold an **in-person** settlement conference on **June 24, 2024, at 1:30 p.m.,** in Courtroom 2D of the Martin Luther King Federal Courthouse, 50 Walnut Street, Newark, New Jersey; and it is further

**ORDERED** that all counsel and clients with full settlement authority who have previously appeared for mediation sessions in this matter, but including the insurance adjuster for the Township, shall attend the settlement conference in person; and it is further

**ORDERED** that at least ten days before the conference, the parties shall engage in settlement discussions, including the exchange of a demand and response; and it is further

**ORDERED** that no later than **June 17, 2024,** each party shall submit an *ex parte* confidential settlement position letter, not to exceed eight pages (1.5 line spacing), by email to AME_orders@njd.uscourts.gov. The letter must confirm that pre-conference settlement discussions—at least one week prior—have occurred; and it is further

**ORDERED** that the parties shall comply with the provisions of the Court's Civil Case Management Order, available on the Court's website, including paragraph 12 of that Order.

      /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge