# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel: 212.391.8500          Fax: 212.391.8508          www.Aboushi.com

June 14, 2024

Magistrate Judge Andre M. Espinosa
United States District Court, District of New Jersey
2 Federal Square
Newark, NJ 07102                                   **ORDER**

Via: ECF

        Re:  Al Ummah Community Center et al. v. Teaneck et al.,
             Civ. No.: 20-cv-14181 (CCC)(AME)

Dear Judge Espinosa,

    I represent the Plaintiffs and write with consent of opposing counsel to advise the Court of an update. Counsel for Teaneck and I have been working diligently on resolving this matter. To that end, we have arrived on an agreement in principle on the monetary aspect of a potential settlement. The parties are now working in earnest on the structure of the settlement and the equitable/injunctive claims.

    In light of the foregoing, the parties respectfully submit that (1) the scheduled settlement conference is not required at this time, (2) the settlement conference should be adjourned *sine die*, and (3) the Court should schedule a telephone status conference 30 days out. The parties may need the Court's assistance should issues arise on structure of the settlement and resolutions of the equitable/injunctive claims. In that case, the parties will contact the Court to request assistance.

    We thank the Court for its attention to this matter.

                                        Respectfully submitted,
                                        s/Aymen A. Aboushi
                                        Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF

The request is granted. The settlement conference set for June 24, 2024, at 1:30 p.m., is vacated. The Court will instead hold a telephonic status conference on **July 25, 2024, at 10:30 a.m.,** to be joined by dialing 973-437-5535, access code 904 962 407#. At least five business days before the conference, the parties shall file a joint status letter, not to exceed three, double-spaced pages.

**SO ORDERED** on this 17th day of June, 2024.

  /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge