# HANRAHAN PACK, LLC
**Counsellors at Law**
80 Grand Avenue, Suite No. 2
River Edge, New Jersey 07661-1914
(201) 525-1011/Telecopier (201) 525-1876

**Thomas B. Hanrahan**
**David J. Pack +**                                                              +Also Admitted in New York

_____
**Kathy A. Kennedy**

September 11, 2024

*Via CM/ECF*
Honorable Magistrate Stacey D. Adams, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street, Courtroom PO9
Newark, New Jersey 07102

      Re: **Al Ummah Community Center v. Township of Teaneck, et als.**
            Civil Action No. 2:20-cv-14181 (KM/ESK)
           Our File No. 17-74

Dear Magistrate Judge Adams:

      This office represents Defendants the Township of Teaneck, Zoning Officer Melfi, and Assistant Zoning Officer Myszka in the above-captioned matter. Please accept the following as a Joint Status Letter for Your Honor's review in anticipation of the Status Conference scheduled for *September 12, 2024 at 11:00 a.m. by video conference*.

      By way of joint Status Letter in this matter, and in furtherance of the telephonic Status Conference previously held by Your Honor on July 25, 2024, the parties have resolved the monetary components of the lawsuit, and are finalizing revisions to both a <u>Whispering Woods</u> Settlement Agreement requiring a hearing before the Zoning Board, and a Release. The document is quite comprehensive, and is currently 34 pages in length, and the parties are hopeful that revisions to same will be completed within the next two (2) weeks, be reviewed and be approved by the clients, and then the Hearing can be scheduled. Since there are no issues that

require the Court's intervention at this time, the parties request that Your Honor adjourn the *September 12, 2024* video conference for another thirty (30) days, by which date the Settlement Agreement should be finalized and a hearing has been scheduled.

We thank the Court for its attention to this matter. Should you have any questions at all, please do not hesitate to contact me.

                Very truly yours,

                THOMAS B. HANRAHAN
                thanrahan@hanrahanpacklaw.com

TBH:jad
cc:      All Counsel for Record via ECF