**Inglesino Taylor**
Attorneys at Law

**Derek W. Orth**
Equity Partner
T 973 585 7721
dorth@itfirm.law

**EQUITY PARTNERS**
John P. Inglesino*
John P. Wyciskala*
Lisa D. Taylor*
Denis F. Driscoll
Justin A. Marchetta
Derek W. Orth
*FOUNDING PARTNER

December 20, 2024

**Via Electronic Mail**
Honorable Magistrate Stacey D. Adams, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street, Courtroom PO9
Newark, New Jersey 07102
c/o Chambers

        **Re:**    **Al Ummah Community Center v. Township of Teaneck, et al.**
                  **Civil Action No. 2:20-cv-14181 (KM/ESK)**

Dear Magistrate Judge Adams:

      This firm represents Defendant, the Teaneck Zoning Board of Adjustment (the "Board"), in the above-captioned matter. Please accept the following as a Joint Status Letter for Your Honor's review. In short, we are pleased to report that the Board authorized the execution of the settlement agreement via resolution at its December meeting. The authorization was subject to confirmation of a few procedural questions regarding the Whispering Woods hearing process as outlined in the settlement agreement. We expect that these issues will be resolved very shortly, and a fully executed settlement agreement will be completed within a few days. Plaintiffs will then move onto the next stage of the process, which involves the preparation of revised site plans for consideration at a Whispering Woods hearing. We do <u>not</u> anticipate a need for a case management conference at this time as the settlement process continues to move forward.

      We thank Your Honor for considering this submission.

                                  Respectfully submitted,

                                  /s/ Derek W. Orth
                                DEREK W. ORTH

      cc:    Counsel of Record (via e-mail)