

**Denis F. Driscoll**
Equity Partner
T 973 585 6982
ddriscoll@itfirm.law

**EQUITY PARTNERS**
John P. Inglesino*
John P. Wyciskala*
Lisa D. Taylor*
Denis F. Driscoll
Justin A. Marchetta
Derek W. Orth
*FOUNDING PARTNER

February 5, 2025

<u>Via Electronic Filing</u>
Honorable Judge Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, New Jersey 07102

    Re: **Al Ummah Community Center v. Township of Teaneck, et al.**
       **Civil Action No. 2:20-cv-14181-CCC-SDA**

Dear Judge Cecchi:

  This firm represents Defendant, the Teaneck Zoning Board of Adjustment (the "Board"), in the above-captioned matter. We are in receipt of Plaintiff's letter dated February 3, 2025 requesting that the Court vacate the 60-day Order and convene a case management conference. Without addressing the validity of Plaintiffs' allegations as outlined in that letter, the Board has a meeting scheduled for tomorrow evening, February 6th, which may result in the resolution of this issue and render Plaintiffs' request moot. Should Your Honor so desire, the Board will update the Court with the outcome of tomorrow's meeting as it pertains to this matter.

  We thank the Court for considering this submission.

           Respectfully submitted,

          <u>/s/ Denis F. Driscoll</u>
          DENIS F. DRISCOLL

cc: All counsel of record (via e-filing)