

February 17, 2025

**Via Electronic Filing**
Honorable Magistrate Stacey D. Adams, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street, Courtroom P09
Newark, New Jersey 07102

      Re:    Al Ummah Community Center v. Township of Teaneck, et al.
               Civil Action No. 2:20-cv-14181-CCC-SDA

Dear Magistrate Judge Adams:

      This firm represents Defendant, the Teaneck Zoning Board of Adjustment (the "Board"), in the above-captioned matter. We are pleased to report that the settlement agreement in this matter is now fully executed and the parties are proceeding in accordance with its terms. As such, all parties respectfully request that tomorrow's settlement conference be cancelled, as there is no longer any need for the same.

      Additionally, the settlement agreement outlines a Whispering Woods process which may take 2-3 months to complete, depending upon when revised plans are submitted to the Board for consideration. This process will undoubtedly exceed the 60 days outlined in the Court's prior order for automatic termination of this matter. As such, with Plaintiff's consent, we request that the 60-day time period be extended for an additional 90 days.

      We thank the Court for considering this submission.

                      Respectfully submitted,

                      /s/ Denis F. Driscoll
                      DENIS F. DRISCOLL

cc:    All counsel of record (via e-mail and e-filing)

The 60 day Order Administratively terminating this action is hereby extended an additional 90 days from the date of this Order.

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  2/26/2025

600 Parsippany Road, Suite 204, Parsippany, NJ 07054-3715 / O 973 947 7111 / F 973 887 2700 / www.itfirm.law

2503-06334\#1149473v1