# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018

235 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500                    Fax: 212.391.8508                    www.Aboushi.com

May 19, 2025

Hon. Judge Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, NJ 07102

Via:  ECF

                    Re:    Al Ummah Community Center et al. v. Teaneck et al.,
                           Civ. No.: 2:20-cv-14181-CCC-SDA

Dear Judge Cecchi,

I hope this correspondence finds you well. I represent the Plaintiffs and write to request

that the Court extend the Order administratively terminating this matter from May 27, 2025 to

August 31, 2025. The parties are in the process of consummating the settlement and I expect it to

be done within the next 90 days.  We thank the Court for its attention to this matter.


                                                  Respectfully submitted,
                                                  s/Aymen A. Aboushi
                                                  Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF