# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500			Fax: 212.391.8508			www.Aboushi.com

May 19, 2025

Hon. Judge Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, NJ 07102

Via:  ECF

Re:	Al Ummah Community Center et al. v. Teaneck et al.,
	Civ. No.: 2:20-cv-14181-CCC-SDA

Dear Judge Cecchi,

I hope this correspondence finds you well. I represent the Plaintiffs and write to request that the Court extend the Order administratively terminating this matter from May 27, 2025 to August 31, 2025. The parties are in the process of consummating the settlement and I expect it to be done within the next 90 days.  We thank the Court for its attention to this matter.

Respectfully submitted,
s/Aymen A. Aboushi
Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF

SO ORDERED

 s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:    5/20/2025