# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018

235 Lakeview Avenue, Clifton, NJ 07011

<u>Tel:  212.391.8500</u>              Fax: 212.391.8508            www.Aboushi.com

July 30, 2025

Hon. Judge Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, NJ 07102

<u>Via:  ECF</u>

Re:     <u>Al Ummah Community Center et al. v. Teaneck et al.,</u>
        Civ. No.: 2:20-cv-14181-CCC-SDA

Dear Judge Cecchi,

I hope this correspondence finds you well. I represent the Plaintiffs and write to request that the Court extend the Order administratively terminating this matter from August 31, 2025 to November 30, 2025. The parties are in the process of consummating the settlement, have completed several steps to do so.  I expect the process and hopefully approvals to be done by Nov 30, 2025. We thank the Court for its attention to this matter.

Respectfully submitted,
<u>s/Aymen A. Aboushi</u>
Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF