# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel: 212.391.8500             Fax: 212.391.8508              www.Aboushi.com

July 30, 2025

Hon. Judge Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, NJ 07102

Via: ECF

Re:  Al Ummah Community Center et al. v. Teaneck et al.,
     Civ. No.: 2:20-cv-14181-CCC-SDA

Dear Judge Cecchi,

    I hope this correspondence finds you well. I represent the Plaintiffs and write to request that the Court extend the Order administratively terminating this matter from August 31, 2025 to November 30, 2025. The parties are in the process of consummating the settlement, have completed several steps to do so. I expect the process and hopefully approvals to be done by Nov 30, 2025. We thank the Court for its attention to this matter.

Respectfully submitted,
s/Aymen A. Aboushi
Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 7/31/2025