**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, NJ  07436
(973) 845-6700
Denis F. Driscoll, Esq. Attorney ID No. 044081988
Attorneys for Defendant, Teaneck Zoning Board of Adjustment

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, AKA, AUCC FAMILY EDUCATION AND FAITH CENTER, et al.,<br><br>Plaintiff,<br><br>v.<br><br>TEANECK ZONING BOARD OF ADJUSTMENT, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:20-cv-14181-CCC-SDA<br><br>SUBSTITUTION OF ATTORNEY |

The undersigned attorneys hereby consent to the substitution of the firm of CLEARY GIACOBBE ALFIERI JACOBS LLC as the attorneys for Defendant, Teaneck Zoning Board of Adjustment, in the above-captioned matter.

| **INGLESINO TAYLOR** | **CLEARY GIACOBBE ALFIERI JACOBS LLC** |
|---|---|
| *Denis F. Driscoll* | *Denis F. Driscoll* |
| Denis F. Driscoll, Esq.<br>Withdrawing Attorney | Denis F. Driscoll, Esq.<br>Superseding Attorney |
| Dated: 8/6/2025 | Dated: 8/6/2025 |