# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500  Fax: 212.391.8508  www.Aboushi.com

October 17, 2025

Hon. Judge Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, NJ 07102

Via:  ECF

Re:  Al Ummah Community Center et al. v. Teaneck et al.,
Civ. No.: 2:20-cv-14181-CCC-SDA

Dear Judge Cecchi,

I hope this correspondence finds you well. I represent the Plaintiffs and write to request a pre-motion conference to address the malfeasance of the Defendants that imperils the resolution of this matter. By way of background, pursuant to the settlement agreement executed by the Parties, Defendants were supposed to place the settlement funds in the escrow account of their attorneys upon execution of the settlement agreement on December 19, 2024.  Said funds were to be paid to Plaintiff within three business days of the Board of Adjustment passing a Resolution approving the Islamic Center. The parties specifically negotiated this provision to prevent further delay and malfeasance of the Defendants and to ensure the negotiated prompt approval of the Islamic Center and payment of settlement funds would occur.

Unfortunately, but unsurprisingly, Defendants have failed to abide by the settlement agreement. They failed to place the settlement funds in escrow with their attorneys as they were required to do more than ten months ago. They also failed to remit the settlement funds within three business days as required by the settlement agreement. Defendants' actions have imperiled the settlement and may require this matter to be restored to the active calendar. In light of the foregoing, Plaintiff respectfully requests a conference to address the foregoing issues, the additionally incurred costs and fees associated with Defendants' actions, and a motion for sanctions and to enforce.

Finally, Defendants' actions now require yet another extension of the Administrative Order terminating this matter. Plaintiff respectfully requests that the Court extend the Order Administratively terminating this matter for another sixty days, and beyond once motion practice occurs. We thank the Court for its attention to this matter.

Respectfully submitted,
s/Aymen A. Aboushi
Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF