# HANRAHAN PACK, LLC
**Counsellors at Law**
80 Grand Avenue, Suite No. 2
River Edge, New Jersey 07661-1914
(201) 525-1011/Telecopier (201) 525-1876

**Thomas B. Hanrahan**

**David J. Pack +**   +Also Admitted in New York

_____

**Kathy A. Kennedy**

October 17, 2025

*Via ECF*
Honorable Claire C. Ceccchi, U.S.D.J.
United States District Court, District of New Jersey
2 Federal Square, Courtroom 5B
Newark, New Jersey 07102

      Re:    **Al Ummah Community Center v. Township of Teaneck, et als.**
                  Civil Action No. 2:20-cv-14181 (CCC/SDA)
                  Our File No. 17-74

Dear Judge Cecchi:

      Receipt of Mr. Aboushi's letter to Your Honor dated October 17, 2025 is acknowledged. It is accurate that the settlement funds were to be paid within three (3) business days of the Board of Adjustment's passage of a Resolution approving Plaintiffs' Site Plan Application, which Resolution was adopted on October 9. 2025. I apologize for the delay in transmittal of the settlement draft. My clients advise that the settlement draft will be "released" this afternoon, and will be hand-delivered **Monday, October 20, 2025** or by the latest Tuesday. The undersigned has no objection to a conference to discuss these issues, but is hopeful that adversary counsel will have the settlement draft forthwith.

      As to Plaintiff's request for an extension, the last Administrative Order extending termination of this matter was filed on July 31, 2025, and is in effect through November 30, 2025, so this request may be premature; but the undersigned has no objection to another extension if Your Honor agrees with Plaintiffs' request.

      Should you have any questions at all, please do not hesitate to contact me.

                                            Very truly yours,

                                            THOMAS B. HANRAHAN
                                            thanrahan@hanrahanpacklaw.com

TBH:jad
cc:    All Counsel for Record via ECF