UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL UMMAH COMMUNITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEANECK, et al., <br><br> Defendants. | **Stipulation of Dismissal** <br><br> Civil Action No.: 2:20-cv-14181 (CCC)(AME) |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by and through their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice and without costs; the Parties further agree that the

The Court shall retain Jurisdiction to enforce any provision in the Settlement Agreement, and the Parties further

Consent to the form and entry of the within Joint Voluntary Stipulation of Dismissal of Action.

Dated: _____, 2024

| For Plaintiffs | For Defendant Teaneck | For Defendant Board of Adjustment |
|---|---|---|
| s/Aymen A. Aboushi, Esq. <br> Aymen A. Aboushi, Esq. <br> The Aboushi Law Firm <br> 235 Lakeview Avenue <br> Clifton, NJ 07011 | s/Thomas B. Hanrahan <br> Thomas B. Hanrahan <br> Hanrahan Pack <br> 80 Grand Avenue, Suite #2 <br> River Edge, NJ 07661 | s/Denis Francis Driscoll <br> Denis Francis Driscoll <br> Inglesino Taylor <br> 600 Parsippany Road, Suite 204 <br> Parsippany, NJ 07054 |

SO ORDERED: _____
　　　　　　　　　　Hon. Claire C. Cecchi, USDJ

2503-06334\#1132982v1